KATE F. CUTNER, Respondent, *v.* AMALGAMATED BANK OF NEW YORK et al., Appellants.

Argued April 15, 1941; decided May 22, 1941.

*Merwin D. Maier* for Amalgamated Bank of New York, appellant.

*Jess G. Schiffmann* for Paramount Holding Corporation, appellant.

*Arthur B. Hyman* and *Sanford D. Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.